IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-00071-JLK

VIRGINIA ALBERTSON,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | JOHN F. WALSH,<br>United States Attorney<br>District of Colorado<br><br>WILLIAM PHARO,<br>Assistant U.S. Attorney<br>United States Attorney's Office<br><br>THOMAS KRAUS,<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Office of the General Counsel<br>1001 17th Street<br>Denver, Colorado 80202<br>Telephone: (303) 844-0017<br>tom.kraus@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint was filed:**   January 10, 2011

    **B. Date Complaint was served on U.S. Attorney's office:**  January 20, 2011.

    **C. Date Answer and Administrative Record were filed:**  March 14, 2011.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

    The Administrative Record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

    There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

    There are no other matters to bring to the Court's attention.

## 8.  BRIEFING SCHEDULE

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

A. **Plaintiff's Opening Brief Due**:        May 6, 2011
B. **Defendant's Response Brief Due**:    June 6, 2011
C. **Plaintiff's Reply Brief (If Any) Due**: June 21, 2011

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

A.    **Plaintiff's statement**:

Plaintiff does not request oral argument.

B.    **Defendant's statement**

Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.    ( ) All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

B.    ( X ) All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 4th day of April, 2011.

BY THE COURT

*s/John L. Kane*  
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/*Ann J. Atkinson*  
Ann J. Atkinson, Attorney at Law  
7960 South Ireland Way  
Aurora, CO 80016-1904  
Tele: 303-680-1881  
Fax:  303-680-7891  
atkinsonaj@aol.com

s/*Thomas Kraus*  
By: Thomas Kraus, Esq.  
Special Assistant U.S. Attorney  
1001 Seventeenth St.  
Denver, CO 80202  
303-844-0017  
tom.kraus@ssa.gov